# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO.  09-16-00203-CV

_____

## ENTERGY ARKANSAS, INC., Appellant

## V.

## DENNIS DEEN CHARTERS AND CATHY CHARTERS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF DENNIS WADE CHARTERS, Appellee

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-196,107**

## ORDER

The appellant, Entergy Arkansas, Inc., filed a motion to stay the trial during the pendency of its interlocutory appeal from an order denying a special appearance. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(7) (West Supp. 2015). When an appeal from an interlocutory order is perfected, we may make such orders as are necessary to preserve the parties' rights until disposition of the appeal. Tex. R. App. P. 29.3. After reviewing the motion and the response, we find

1

that temporary orders are necessary to preserve the parties' rights until disposition of the appeal.

It is ORDERED that the trial of Cause No. B-196,107 is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 29.3.

ORDER ENTERED July 21, 2016.

PER CURIAM